UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Jon PRICE, Defendant–Appellant.

No. 12–11383.
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 23, 2012.

Antonia J. Barnes, U.S. Attorney's Office, West Palm Beach, FL, Theodore Cooperstein, Carmen M. Lineberger, U.S. Attorney's Office, Fort Pierce, FL, Wifredo A. Ferrer, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Panayotta Augustin–Birch, Federal Public Defender's Office, Fort Pierce, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Michael Jon Price, Miami, FL, pro se.

Before BARKETT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Panayotta Augustin–Birch, appointed counsel for Michael Jon Price in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.*

---

ment that the district court erred in denying him safety valve relief.

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Price's conviction and sentence are **AFFIRMED.**